IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:09CR3025 |
| V. | ) | |
| BRET TSCHACHER, | ) | ORDER |
| Defendant. | ) | |

Because there are pending civil cases brought by the defendant's spouse that may challenge the forfeiture (*see, e.g., Jones v. Kopf*, 4:11CV3118 (JFB/PRSE)), the government's motion for final forfeiture will be denied without prejudice pending resolution of the civil matters, Therefore,

IT IS ORDERED that the motion for final forfeiture (filing 123) is denied without prejudice.

DATED this 19th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge