IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| V. | ) | |
| BRET TSCHACHER, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Mr. Tschacher was heard at an evidentiary hearing today regarding the probation officer's request to modify the conditions of supervised release. The probation officer's request is reasonable and necessary. It is undisputed that Mr. Tschacher has been convicted of being a felon in possession of a firearm and that he has just been released from prison. It is undisputed that Mr. Tschacher has no where else to go in Nebraska. It is undisputed that Mr. Tschacher lacks employment prospects in Nebraska. It is undisputed that the District of South Dakota has refused to assume jurisdiction over this case. Additionally, Mr. Tschacher claims to have suffered a stroke while in prison. Therefore,

IT IS ORDERED:

1. The petition to modify the conditions of supervised release (filing no. 136) is granted.

2. The defendant shall reside in an residential reentry center (RRC) for a period of up to 180 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 180 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision.

DATED this 11th day of October, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge