UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3025 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| BRET TSCHACHER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of

Forfeiture (Filing No. 123). The Court reviews the record in this case and, being duly advised in

the premises, finds as follows:

1. On May 26, 2011, the Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of Title 18, United States Code, Sections 924(d) and Title 28, United States Code,

Section 2461(c), based upon the Defendant being found guilty by a jury trial as to Counts I and II

of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's

interest in one UZI Eagle, .40 caliber, handgun, serial number 97308458, and one Savage .300

caliber rifle, serial number B624338, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture

site, www.forfeiture.gov, for at least thirty consecutive days, beginning on July 11, 2011, as

required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions. A Declaration of Publication was filed herein on September 15,

2011 (Filing No. 122).

3. The Court has been advised by the United States no Petitions have been filed. From

a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to one UZI Eagle, .40 caliber, handgun, serial number 97308458, and one Savage .300 caliber rifle, serial number B624338, held by any person or entity, are hereby forever barred and foreclosed.

C. The one UZI Eagle, .40 caliber, handgun, serial number 97308458, and one Savage .300 caliber rifle, serial number B624338, be, and the same hereby are, forfeited to the United States of America.

D. The United States Bureau of Alcohol, Tobacco, Firearms, and Explosives for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 7th day of November, 2012. RGK

BY THE COURT:

RICHARD G. KOPF, Judge
United States District Court